**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRIAN A. WILKINS,**

      **Plaintiff,**

v.                                          **Case No: 6:23-cv-849-PGB-EJK**

**RCI, LLC,**

      **Defendant.**

**ORDER**

This cause comes before the Court on *Pro Se* Plaintiff's Motion to Allow Electronic (CM/ECF) Filing (the "Motion") (Doc. 2), filed May 8, 2023. Therein, Plaintiff requests permission to file and serve his documents via CM/ECF. In support of this request, Plaintiff states that he owns several laptop computers outfitted with Word, PDF-conversion software, and scanner equipment. (*Id.* at 2.) Plaintiff also states that he has subscribed to PACER since 2009. (*Id.*) Plaintiff further affirms he is capable of complying with the Court's rules and procedures for CM/ECF access. (*Id.*)

This Court does not typically allow *pro se* litigants to utilize CM/ECF, *see Administrative Procedures for Electronic Filing* § B(5) (2022), but may permit a *pro se* litigant to file electronically if good cause is shown or extenuating circumstances exist. *See Fischer v. Dist. Sch. Bd. of Collier Cnty.*, No. 2:10-cv-512-FtM-29SPC, 2010 WL 3522215, at *1 (M.D. Fla. Sept. 7, 2010). Here, the Motion is due to be denied as Plaintiff has not set forth either good cause or extenuating circumstances to justify

access to CM/ECF.

Therefore, upon consideration, the Motion (Doc. 2) is **GRANTED IN PART and DENIED IN PART** as follows:

1. Plaintiff may receive court documents via email rather than in paper form via U.S. mail. However, he may not access the CM/ECF system to serve and file documents electronically.

2. The Clerk of Court is **DIRECTED** to deliver documents to Plaintiff at his email address, brian@contentcoup.com, and shall no longer send documents to him in paper form. Plaintiff is responsible for notifying the Clerk of Court if he changes his email address. Plaintiff shall continue to serve documents in paper form and file them per the Clerk's instructions.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE